# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11-cv-00191-MR-DLH

| | |
|---|---|
| **SYNOVUS BANK,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **O R D E R**<br>)<br>) |
| **KOSTAS N. RANTZOS and EMILY A. RANTZOS,** | )<br>)<br>) |
| **Defendants,** | )<br>) |
| vs. | )<br>) |
| **SYNOVUS FINANCIAL CORP. d/b/a National Bank of South Carolina, et al.,** | )<br>)<br>) |
| **Third Party Defendants.** | )<br>) |

**THIS MATTER** is before the Court on the mediator's report advising that this matter has been completely settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: July 5, 2013

Martin Reidinger
United States District Judge